UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISM VENTURES LLC, RICHARD B. STONE, DAVID STONE, MICHAEL G. JESSELSON 4/8/71 TRUST, THEODORE H. FRIEDMAN, ELI JACOBSON, H. MILSTEIN, and YARON REICH, directly on behalf of themselves for individual injuries, and in the right of QUANTA VISION, INC. and XYZ, INC., the as yet unnamed U.S. subsidiary of QUANTA VISION LIMITED, a U.K. company,<br><br>               Plaintiffs,<br><br>v.<br><br>QUANTA VISION, INC. (a nominal defendant), XYZ, INC, the as yet unnamed U.S. subsidiary of QUANTA VISION LIMITED, a U.K. company (a nominal defendant),<br>OPTIVA, INC.,<br>PAVEL LAZAREV, Ph.D., D.Sc.,<br>G. ROBERT DURHAM, aka "BULL" DURHAM,<br>BERNE SCHEPMAN,<br>RUSSIAN TECHNOLOGY GROUP, INC., aka "RTG,"<br>BERTRAND LIPWORTH,<br>LIPWORTH CAPITAL LIMITED,<br>PAUL QUADROS,<br>HOWARD MOTTER,<br>ALLA YA SAKHAROVA, Ph.D., aka ALLA YA LAZAREV, Ph.D.,<br>MIKHAIL V. PAUKSHTO, Ph.D., aka MICHAEL V. PAUKSHTO, Ph.D.,<br>MICHAEL H. McTEIGUE,<br>and "JOHN DOES 1-10,"<br><br>               Defendants. | C-04-5160 (CW)<br><br><br><br><br><br><br><br><br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

Plaintiffs, PRISM VENTURES LLC, RICHARD B. STONE, DAVID STONE,

MICHAEL G. JESSELSON 4/8/71 TRUST, THEODORE H. FRIEDMAN, ELI

JACOBSON, H. MILSTEIN, and YARON REICH, directly on behalf of themselves for

individual injuries, and in the right of QUANTA VISION, INC. and XYZ, INC., the as yet unnamed U.S. subsidiary of QUANTA VISION LIMITED, a U.K. company,

and the defendants, QUANTA VISION, INC. (a nominal defendant), OPTIVA, INC., PAVEL LAZAREV, Ph.D., D.Sc., G. ROBERT DURHAM, aka "BULL" DURHAM, BERNE SCHEPMAN, RUSSIAN TECHNOLOGY GROUP, INC., aka "RTG," BERTRAND LIPWORTH, LIPWORTH CAPITAL LIMITED, PAUL QUADROS, HOWARD MOTTER, ALLA YA SAKHAROVA, Ph.D., aka ALLA YA LAZAREV, Ph.D., MIKHAIL V. PAUKSHTO, Ph.D., aka MICHAEL V. PAUKSHTO, Ph.D., and MICHAEL H. McTEIGUE,

hereby stipulate to discontinue this action with prejudice pursuant to Fed. R. Civ P. 41(a)(1), and without costs or attorneys' fees to either party.

Dated:      May 31, 2005

TELLES, WALKER & KOCHENDERFER, LLP

By: _____
RICHARD P. WALKER (RPW-9683)

1333 N. California Blvd, #545
Walnut Creek, California 94596
(925) 943-2248

Co-Counsel for Plaintiffs PRISM VENTURES LLC, et. al.

2

**SANFORD, WITTELS & HEISLER, LLP**
545 Fifth Avenue, 9th Floor
New York, New York 10017
(646) 723-2947
Admitted *Pro Hac Vice*

By: _____
Steven L. Wittels (SLW-8110)
Co-Counsel for Plaintiffs PRISM VENTURES LLC, RICHARD B. STONE, DAVID STONE, MICHAEL G. JESSELSON 4/8/71 TRUST, THEODORE H. FRIEDMAN, ELI JACOBSON, H. MILSTEIN, and YARON REICH, individually, and in the name of Quanta Vision, Inc.


**REED SMITH LLP**

By: _____
BERNARD CASEY (                    )

Two Embarcadero Center
Suite 2000
San Francisco, CA 94111
(415) 543-8700

Attorneys for All Non-Optiva Defendants
QUANTA VISION, INC. (a nominal defendant),
PAVEL LAZAREV, Ph.D., D.Sc.,
G. ROBERT DURHAM, aka "BULL" DURHAM,
BERNE SCHEPMAN,
RUSSIAN TECHNOLOGY GROUP, INC., aka "RTG,"
BERTRAND LIPWORTH,
LIPWORTH CAPITAL LIMITED,
HOWARD MOTTER,
ALLA YA SAKHAROVA, Ph.D., aka ALLA YA LAZAREV, Ph.D.,
MIKHAIL V. PAUKSHTO, Ph.D., aka MICHAEL V. PAUKSHTO, Ph.D.
MICHAEL H. McTEIGUE

3

**SANFORD, WITTELS & HEISLER, LLP**
545 Fifth Avenue, 9th Floor
New York, New York 10017
(646) 723-2947
Admitted *Pro Hac Vice*

By: _____

Steven L. Wittels (SLW-8110)
Co-Counsel for Plaintiffs PRISM VENTURES LLC,
RICHARD B. STONE, DAVID STONE, MICHAEL G.
JESSELSON 4/8/71 TRUST, THEODORE H.
FRIEDMAN, ELI JACOBSON, H. MILSTEIN, and
YARON REICH, individually, and in the name of
Quanta Vision, Inc.


**REED SMITH LLP**

By: _____
BERNARD CASEY ( 226347 )

Two Embarcadero Center
Suite 2000
San Francisco, CA 94111
(415) 543-8700

Attorneys for All Non-Optiva Defendants
QUANTA VISION, INC. (a nominal defendant),
PAVEL LAZAREV, Ph.D., D.Sc.,
G. ROBERT DURHAM, aka "BULL" DURHAM,
BERNE SCHEPMAN,
RUSSIAN TECHNOLOGY GROUP, INC., aka "RTG,"
BERTRAND LIPWORTH,
LIPWORTH CAPITAL LIMITED,
HOWARD MOTTER,
ALLA YA SAKHAROVA, Ph.D., aka ALLA YA
LAZAREV, Ph.D.,
MIKHAIL V. PAUKSHTO, Ph.D., aka MICHAEL V.
PAUKSHTO, Ph.D.
MICHAEL H. McTEIGUE

3

**MORRISON & FOERSTER LLP**

By: _____
D. ANTHONY RODRIGUEZ (162587)

425 Market Street
San Francisco, California 94105
(415) 268-7000

Attorneys for Defendant OPTIVA, INC.

**QUADROS & JOHNSON, LLP**

By: _____
SIMON A. MAZOLA
247 N. San Mateo Drive
San Mateo, California 94401
(650) 377-4300

Attorneys for Defendant Paul Quadros

IT IS SO ORDERED.

Dated:_____     _____
                          Judge, United States District Court

4

**MORRISON & FOERSTER LLP**

By: _____
D. ANTHONY RODRIGUEZ (         )

425 Market Street
San Francisco, California 94105
(415) 268-7000

Attorneys for Defendant OPTIVA, INC.

**QUADROS & JOHNSON, LLP**

By: *[signature]*
SIMON A. MAZOLA
247 N. San Mateo Drive
San Mateo, California 94401
(650) 377-4300

Attorneys for Defendant Paul Quadros

IT IS SO ORDERED.

Dated: 6/9/05

/s/ CLAUDIA WILKEN
_____
Judge, United States District Court